

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00595-CR

Christopher M. **HARBER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5166
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 S.W.2d 738 (1967); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant, who is incarcerated, has asserted his right to file a *pro se* brief and has filed a motion for pro se access to the appellate record.

We GRANT appellant's motion and ORDER the Clerk of this Court to prepare and send a full and complete duplicate paper copy of the clerk's record and the reporter's record in this appeal to appellant. Appellant's *pro se* brief is due **April 30, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court